Eusebius James Biggs, Individually et al., Appellant,
v. City of Chicago et al., Appellees.

Gen. No. 44,878.

Eusebius J. Biggs,
*pro se;* Benjamin S. Adamowski, Corporation Counsel, for appellees;
L. Louis Karton, Head of Appeals and Review Division, and Sydney R.
Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE
BURKE. Not to be published in full. Opinion filed November 16, 1949;
rehearing denied November 30, 1949; released for publication December
14, 1949.

Joe R. Willens, Appellee, v. Joe Rio, Appellant.

Gen. No. 44,804.

T. F. Sullivan, for

145

appellant; Hoffman & Davis, for appellee; Maurice L. Davis, of counsel. Opinion by Justice Kiley. Not to be published in full. Opinion filed November 16, 1949; released for publication December 14, 1949.

## City of Chicago, Appellee, v. F. H. Holmes, Appellant.
### Gen. No. 44,751.

Litsinger, Gatenberg & Spuller, for appellant; John D. Clancy, Jr., of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

## Francesca Napolitano, Appellee, v. Bertha Marquis, Appellant.
### Gen. No. 44,799.